**Order entered April 10, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-01582-CV

**WATERS EDGE, Appellant**

**V.**

**ASHEERA HORTON GREEN, Appellee**

**On Appeal from the County Court at Law No. 3
Collin County, Texas
Trial Court Cause No. 003-02905-2019**

## ORDER

The reporter's record in this case is overdue. By postcard dated January 29, 2020, we notified the official court reporter for County Court No. 3 that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date the reporter's record has not been filed.

Accordingly, we **ORDER** Court Reporter Claudia Webb to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that

appellant has not paid for or made arrangements to pay for the reporter's record.

We notify appellant that if we receive verification it has not requested the reporter's record or paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Lance Baxter
Presiding Judge
County Court at Law. No. 3

Claudia Webb
Official Court Reporter
County Court at Law No. 3

All parties

/s/     BILL WHITEHILL
JUSTICE